Lottie C. Ray, Appellant, v. Ralph E. Heard and Isaac A. Aldrich, as Executors, etc., of Schuyler Aldrich, Deceased, and Claudius H. Woodworth, as Executor, etc., of Clarissa C. H. Aldrich, Deceased, Respondents.— Judgment affirmed, with costs. All concurred.

The People of the State of New York, Respondent, v. Charles M. Briggs, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., who dissented.

Nellie Brown, an Infant, by Esther Brown, Her Guardian ad Litem, Appellant, v. Cooper Paper Box Company, Respondent.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, upon questions of law only, the facts having been examined and no error found therein. Held, that the trial judge committed reversible error in ruling upon questions of evidence. All concurred, except McLennan, P. J., who dissented.

Milo D. Smith, Respondent, v. The Boston and Maine Railroad, Appellant.— Judgment and order affirmed, with costs. All concurred.

Carrie Jones, Appellant, v. Jesse Jones, as Executor, etc., of Jesse N. Jones, Deceased, Respondent.— Judgment reversed and new trial ordered before another referee, with costs to appellant to abide event, upon questions of law and fact. Held, that the decision and judgment were contrary to the evidence. All concurred, except McLennan, P. J., who dissented.

Elizabeth Frisbee, Appellant, v. The Village of Port Byron, Respondent.— Order affirmed, with costs. All concurred.

In the Matter of the Judicial Settlement of the Accounts of John R. Strang, etc.— Motion granted allowing decision to be changed so as to give the Geneseo Gospel Society costs of the appeal payable out of the estate.

James H. Tamblin and Others, Respondents, v. Frank Donely and Others, Appellants.— Motion to dismiss appeal as to John F. Donely and Frank Donely denied, with ten dollars costs and disbursements. Held, that in order to raise on the merits the question here presented the attorneys for the respondents should have promptly notified the attorney for the appellants that he* refused to recognize his notice of appeal for all defendants.

The Vio Chemical Company, Respondent, v. Foster Studholme, Appellant.— Judgment affirmed, with costs. All concurred, except Kruse, J., who dissented

City of Buffalo, Respondent, v. The Delaware, Lackawanna and Western Railroad Company and The New York, Lackawanna and Western Railway Company, Appellants.— Order affirmed, with ten dollars costs and disbursements, upon condition that the plaintiff tender to the defendants a stipulation consenting to proceed to the trial of the action upon five days' notice, before the court or a referee to be named by the court. In case of failure to tender such stipulation within three days after the entry of this order, the order appealed from is reversed, with ten dollars costs and disbursements. Held, that a decision of the controversy upon the merits should not be made upon this motion, but only after final judgment. All concurred.

Jane Esther Everett, Appellant, v. Jesse Jones, as Executor, etc., of Jesse N. Jones, Deceased, Respondent.— Judgment reversed and new trial ordered before

---

* *Sic.*